# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3777

_____

United States of America,          *
                                   *
            Appellee,              *
                                   *     Appeal from the United States
      v.                           *     District Court for the
                                   *     District of North Dakota.
Stephan Troy Anderson,             *
                                   *     [UNPUBLISHED]
            Appellant.             *

_____

Submitted: January 5, 2007
Filed: January 11, 2007

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Stephan Troy Anderson appeals the sentence the district court[1] imposed after he pleaded guilty to a drug conspiracy. In a brief filed under Anders v. California, 386 U.S. 738 (1967), his counsel raises the contention that the charge should be dismissed because Anderson was the only person named in the information charging a conspiracy with persons both known and unknown, and one cannot conspire with oneself.

_____

[1]The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.

We enforce the broad appeal waiver included in Anderson's plea agreement: the plea colloquy reflects that Anderson understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result.  See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforceability of appeal waiver); see also United States v. Estrada-Bahena, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in Anders case).

Accordingly, we dismiss the appeal.  We grant counsel's motion to withdraw.

_____